

# NUMBER 13-15-00423-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN RE ELECTRIC TRANSMISSION TEXAS, LLC

## On Petition for Writ of Mandamus.

## ORDER

### Before Chief Justice Valdez and Justices Rodriguez and Perkes
### Per Curiam Order

Relator, Electric Transmission Texas, LLC, filed an amended petition for writ of mandamus and an amended motion for emergency relief in the above cause on September 16, 2015. Through this original proceeding, relator contends that the trial court lacks jurisdiction over some of the matters raised in the underlying condemnation proceeding. Through its motion for emergency relief, relator seeks: (1) to stay a hearing set for October 2, 2015, and (2) to compel the trial court to sign an order appointing special commissioners in this condemnation proceeding.

The Court, having examined and fully considered the motion for emergency relief, is of the opinion that the motion should be and is carried with the case. The Court requests that the real party in interest, Wyatt Agri Products Corporation, LLC, or any others whose interest would be directly affected by the relief sought, file responses to the motion for emergency relief and to the petition for writ of mandamus on or before the expiration of seven days from the date of this order. *See id.* R. 52.2, 52.4, 52.8.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the 17th
day of September, 2015.